In the Matter of the Application of BERNARD BOLGER, Alias BERNARD BENSON, for a Peremptory Writ of Mandamus.— Application denied.

In the Matter of the Application of CHARLES H. BENEDICT, as Committee of the Person and Property of SIDNEY J. LEVI, an Incompetent Person, to Lease Real Estate Belonging to Said Incompetent for a Term of Years. ROBERT GLENN, JR., Appellant; SCHENECTADY TRUST COMPANY, as Committee, etc., Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. MATALINO MONACO, Respondent, v. TISSUE PAPER SYNDICATE, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. DIEGO MICOLI, Respondent, v. JAMES DE BENEDETTO and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ROBERT J. ORR, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LTD., Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORMAN COOPER, Appellant, v. THE SHERIFF OF THE COUNTY OF WASHINGTON, Respondent.— Order unanimously affirmed upon the ground that the certificate of conviction was sufficient under the authority of *People ex rel. Bidwell* v. *Pitts* (111 App. Div. 319); and upon the further ground that the complaining witness in a criminal action is not a " party to the controversy " within the meaning of section 15 of the Judiciary Law.*

Before STATE INDUSTRIAL BOARD, Respondent. MARIANO PRESTIA, Respondent, v. SANCORI, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN PARISI, Respondent, v. EASTERN NEW YORK MARBLE COMPANY, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPHINE PILARSKI, Respondent, v. BARNET LEATHER COMPANY, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GUS RAMM, Respondent, v. PATHE FRERES PHONOGRAPH COMPANY and ·Another, Appellants. — Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Baron* v. *National Metal Spinning & Stamping Co.* (182 App. Div. 284); *Forbes* v. *Evening Mail* (194 id. 563). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. STEPHEN SKRZYNSKI, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board. McCann, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. DORA M. SMYLIE, Respondent, v. STONY WOLD SANITORIUM and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

ELIZA STERLING, Respondent, v. LEVI E. ROGERS, Appellant.— Judgment unanimously affirmed, with costs.

* Amd. by Laws of 1917, chap. 28.— [REP.